UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- against -

CHRISTOPHER WRIGHT,

                Defendant.

**ORDER**

22 Cr. 136 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        The status conference scheduled for April 15, 2022 is adjourned to **April 18, 2022 at 11:00 a.m.** in Courtroom 705 of the Thurgood Marshall U.S. Courthouse, New York, New York.

Dated: New York, New York
       April 14, 2022

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge