UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>- against -<br><br>CHRISTOPHER WRIGHT,<br><br>Defendant. | **ORDER**<br><br>22 Cr. 136 (PGG) |

PAUL G. GARDEPHE, U.S.D.J.:

The status conference scheduled for April 18, 2022 is adjourned to **May 26, 2022 at 2:00 p.m.** in Courtroom 705 of the Thurgood Marshall U.S. Courthouse, New York, New York.

Upon the application of the United States of America, by and through Assistant United States Attorney Thomas John Wright, and with the consent of Defendant Christopher Wright, by and through his counsel, it is further ordered that the time from April 18, 2022 through May 26, 2022 is excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), in the interests of justice. The ends of justice served by the granting of this continuance outweigh the interest of the public and the Defendant in a speedy trial, because it will permit the Defendant to review discovery with defense counsel, and it will the permit parties to continue their discussions regarding a pre-trial resolution.

Dated: New York, New York
April 18, 2022

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge