UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>- against -<br><br>CHRISTOPHER WRIGHT,<br><br>　　　　　　　　　Defendant. | **ORDER**<br><br>22 Cr. 136 (PGG) |

PAUL G. GARDEPHE, U.S.D.J.:

　　　　　The status conference currently scheduled for August 18, 2022 is adjourned to **September 15, 2022 at 11:00 a.m.** in Courtroom 705 of the Thurgood Marshall U.S. Courthouse, 40 Foley Square, New York, New York.

　　　　　With the consent of Defendant Christopher Wright, by and through his counsel, it is ordered that the time from August 18, 2022 through September 15, 2022 is excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), in the interests of justice. The ends of justice served by the granting of this continuance outweigh the interest of the public and the Defendant in a speedy trial, because it will permit the parties to conclude their discussions regarding the Defendant's pretrial disposition.

Dated: New York, New York
　　　　August 18, 2022

　　　　　　　　　　　　　　　　　　　　　　　　　SO ORDERED.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　Paul G. Gardephe
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge