**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

October 17, 2022

**By ECF**

**Memo Endorsed:** Defendant's Change of Plea hearing will take place on November 1, 2022 at 4:00PM in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Sqr., New York, NY.

The Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
Thurgood Marshall Courthouse
40 Foley Square
New York, NY 10007

SO ORDERED.

Paul G. Gardephe
United States District Judge

**Re:**   ***United States v. Christopher Wright*, 22 CR 136 (P**     **Dated:  Oct. 22, 2022**

Dear Judge Gardephe,

On behalf of the parties, the Government writes to request respectfully that the Court schedule a change of plea in the above-captioned case during the week of Monday, October 31, 2022, when the Government has confirmed that the defendant is able to proceed on both the afternoon of Monday, October 31, 2022 and Tuesday, November 1, 2022 from 12:00 to 5:00 PM. The parties were previously scheduled to appear for a change of plea on Wednesday, October 12, 2022 at 2:00 PM; however, the defendant was unable to be produced from the Westchester County Correctional Facility on that date due to a precautionary medical quarantine, from which the defendant is expected to be released by the week proposed for a rescheduled appearance.  With the consent of the defendant, the Government further requests respectfully that the Court exclude time under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7) from October 17, 2022 through any adjournment on the basis that the interests of the public and the defendant in a speedy trial are outweighed here by the interests of the defendant in appearing at the courthouse when it is safe for him and all other participants in his appearance to do so and in having the opportunity to accept a previously conveyed plea offer that resolves the charges against him prior to trial.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By:
Thomas John Wright
Assistant United States Attorney
(212) 637-2295

cc: Alain Massena (Counsel to Defendant Christopher Wright) (by ECF)