# MASSENA LAW P.C.
305 Broadway, Suite 1001
New York, New York 10007
(P) 212-766-1700 ♦ (F) 212-766-1701
Email: AVM@Massenalaw.com

\* Admitted in Federal and
New York State Courts

March 17, 2023

BY ECF

Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
Thurgood Marshall Courthouse
40 Foley Square,
New York, NY 10007

Re:   United States v. Christopher Wright, 22 CR 136 (PGG)

Dear Judge Gardephe,

I represent the defendant Christopher Wright regarding the above-referenced matter. This matter is scheduled for sentencing April 4, 2023, at 11:00am. On behalf of the defendant, I write to respectfully request that Mr. Wright's sentencing be adjourned for a period of 45 days. Counsel is seeking to have Mr. Wright enrolled into a re-entry program; and will need additional time to do so.

The Government consents to defense request for adjournment. Thank you for the Court's time and consideration in this matter.

Respectfully
*Alain V. Massena*
Alain V. Massena

**MEMO ENDORSED:** The application is granted. Sentencing is adjourned to May 18, 2023 at 3:00 p.m. in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York. Defendant's sentencing submission will be due by May 1, 2023 and the Government's submission will be due May 8, 2023.

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge
Date: March 21, 2023