

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 26, 2023

**By ECF**

The Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
Thurgood Marshall Courthouse
40 Foley Square
New York, New York 10007

  Re: *United States v. Christopher Wright*, 22 CR 136 (PGG)

Dear Judge Gardephe,

  The Government respectfully submits this letter in advance of the defendant's sentencing, currently scheduled to proceed on Wednesday, June 28, 2023 at 2:30 PM, and encloses the proposed forfeiture order referenced in the letter of the Government dated June 22, 2023.

        Respectfully,

        DAMIAN WILLIAMS
        United States Attorney

      By: *Thomas John Wright*

        Thomas John Wright
        Assistant United States Attorney
        (212) 637-2295

Enclosure

cc: Alain Massena (Counsel to Defendant Christopher Wright) (by ECF)