UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                           :
UNITED STATES OF AMERICA                                    :    PRELIMINARY ORDER OF
                                                           :    FORFEITURE/
                    - v. -                                  :    MONEY JUDGEMENT
                                                           :
CHRISTOPHER WRIGHT,                                         :
      a/k/a "Hammer,"                                       :    22 CR 136 (PGG)
                                                           :
                    Defendant.                              :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

WHEREAS, on or about March 3, 2022, CHRISTOPHER WRIGHT, a/k/a

"Hammer" (the "Defendant"), was charged in Indictment, 22 CR 136 (PGG) (the "Indictment"),

with distribution and possession with intent to distribute controlled substances on four occasions,

in violation of Title 21, United States Code, Sections 812, 814(a)(1), and 841(b)(1)(C) (Counts

One, Two, Three, and Four);

WHEREAS, the Indictment included a forfeiture allegation as to Counts One, Two,

Three, and Four of the Indictment, seeking forfeiture to the United States, pursuant to Title 21,

United States Code, Section 853, of any and all property constituting, or derived from, any

proceeds obtained, directly or indirectly, as a result of the offenses charged in Counts One, Two,

Three, and Four of the Indictment, and any and all property used, or intended to be used, in any

manner or part, to commit, or to facilitate the commission of the offenses charged in Counts One,

Two, Three, and Four of the Indictment, including but not limited to a sum of money in United

States currency representing the amount of proceeds traceable to the commission of the offenses

charged in Counts One, Two, Three, and Four of the Indictment;

WHEREAS, on or about December 1, 2022, the Defendant pled guilty to Count

Two of the Indictment, pursuant to a plea agreement with the Government, wherein the Defendant

admitted the forfeiture allegation with respect to Count Two of the Indictment and agreed to forfeit,

pursuant to Title 21, United States Code, Section 853, a sum of money equal to $1,000 in United States currency, representing any and all property constituting, or derived from, proceeds the Defendant obtained directly or indirectly as a result of the offense charged in Count Two of the Indictment;

WHEREAS, the Government seeks a money judgment in the amount of $1,000 in United States currency, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), of any and all property, real and personal, that constitutes or is derived from proceeds traceable to the commission of the offense charged in Count Two of the Indictment that the Defendant personally obtained;

WHEREAS, the Court finds that as a result of acts and/or omissions of the Defendant, the proceeds traceable to the offense charged in Count Two of the Indictment that the Defendant personally obtained cannot be located upon the exercise of due diligence; and

NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED THAT:

1.      As a result of the offense charged in Count Two of the Indictment, to which the Defendant pled guilty, a money judgment in the amount of $1,000 in United States currency (the "Money Judgment"), representing the amount of proceeds traceable to the offense charged in Count Two of the Indictment that the Defendant personally obtained, shall be entered against the Defendant.

2.      Pursuant to Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure, this Preliminary Order of Forfeiture/Money Judgment is final as to the Defendant, and shall be deemed part of the sentence of the Defendant, and shall be included in the judgment of conviction therewith.

Case 1:22-cr-00136-PGG Document 41 Filed 06/29/23 Page 3 of 4

3.     All payments on the outstanding Money Judgment shall be made by postal money order, bank or certified check, made payable to the United States Marshals Service, and delivered by mail to the United States Attorney's Office, Southern District of New York, Attn: Money Laundering and Transnational Criminal Enterprises Unit, One St. Andrew's Plaza, New York, New York 10007 and shall indicate the Defendant's name and case number.

4.     The United States Marshals Service is authorized to deposit the payments on the Money Judgment in the Assets Forfeiture Fund, and the United States shall have clear title to such forfeited property.

5.     Pursuant to Title 21, United States Code, Section 853(p), the United States is authorized to seek forfeiture of substitute assets of the Defendant up to the uncollected amount of the Money Judgment.

6.     Pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, the United States Attorney's Office is authorized to conduct any discovery needed to identify, locate, or dispose of forfeitable property, including depositions, interrogatories, requests for production of documents and the issuance of subpoenas.

7.     The Court shall retain jurisdiction to enforce this Preliminary Order of Forfeiture/Money Judgment, and to amend it as necessary, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure.

8.     The Clerk of the Court shall forward three certified copies of this Preliminary Order of Forfeiture/Money Judgment to Assistant United States Attorney Jessica K.

Feinstein, Co-Chief of the Money Laundering and Transnational Criminal Enterprises Unit, United

States Attorney's Office, One St. Andrew's Plaza, New York, New York 10007.

Dated: New York, New York
      June 28, 2023

                SO ORDERED:

                THE HONORABLE PAUL G. GARDEPHE
                UNITED STATES DISTRICT JUDGE