UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- against -

CHRISTOPHER WRIGHT,

Defendant.

**ORDER**

22 Cr. 136 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

This Court will conduct a conference in this case on **November 20, 2025, at 10:00 a.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated: New York, New York
October 15, 2025

SO ORDERED.

Paul G. Gardephe
United States District Judge