

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

The Jacob K. Javits Federal Building
26 Federal Plaza, 37th Floor
New York, NY 10278

November 18, 2025

**By ECF**

The Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
Thurgood Marshall Courthouse
40 Foley Square
New York, NY 10007

    Re:   ***United States v. Christopher Wright*, 22 CR 136 (PGG)**

Dear Judge Gardephe,

    The Government writes on behalf of the parties to provide a status report to the Court and also to request an adjournment of the appearance in these violation of supervised release proceedings that is scheduled for November 20, 2025 at 10:00 AM. The parties have discussed a disposition of the pending specifications and believe that with an adjournment they will be able to achieve that disposition through the defendant's admission of one or more of the current specifications. Accordingly, the parties respectfully request an adjournment to December 9, 2025 at 11:00 AM, a date and time that the parties understand is convenient for the Court and by which the parties anticipate that they will be prepared to proceed.

                        Respectfully submitted,

                        JAY CLAYTON
                        United States Attorney

               By: *Thomas John Wright*
                      Thomas John Wright
                      Assistant United States Attorney
                      (212) 637-2295

cc:  Gilbert Bayonne (Counsel to Defendant Christopher Wright) (by ECF)

MEMO ENDORSED

The Application is granted.

SO ORDERED:

*Paul G. Gardephe*
Paul G. Gardephe, U.S.D.J.

Nov. 18, 2025