UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

– v.–

CHRISTOPHER WRIGHT,

Defendant.

**ORDER**

22 Cr. 136 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

The conference in this action currently scheduled for December 9, 2025, is adjourned to **January 6, 2026, at 3:00 p.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated: New York, New York
December 3, 2025

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge