UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA | **ORDER** |
| – v.– | 22 Cr. 136 (PGG) |
| CHRISTOPHER WRIGHT, | |
| Defendant. | |

PAUL G. GARDEPHE, U.S.D.J.:

       As stated on the record today, sentencing in this violation of supervised release proceeding will take place on **March 18, 2026, at 10:00 a.m.,** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York. Submissions on behalf of the Defendant are due on **March 2, 2026,** and the Government's submission is due on **March 9, 2026.**

Dated: New York, New York
      January 6, 2026

                    SO ORDERED.

                    _____
                    Paul G. Gardephe
                    United States District Judge