UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

– v.–

CHRISTOPHER WRIGHT,

Defendant.

**ORDER**

22 Cr. 136 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

As stated on the record today, sentencing in this violation of supervised release proceeding will take place on **March 18, 2026, at 10:00 a.m.**, in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York. Submissions on behalf of the Defendant are due on **March 2, 2026**, and the Government's submission is due on **March 9, 2026.**

Dated: New York, New York
        January 6, 2026

SO ORDERED.

Paul G. Gardephe
United States District Judge