UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

– v.–

CHRISTOPHER WRIGHT,

Defendant.

**ORDER**

22 Cr. 136 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

The sentencing currently scheduled for March 25, 2026, is adjourned to **April 15, 2026, at 10:00 a.m.**

Dated: New York, New York
       March 22, 2026

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge