UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

– v.–

CHRISTOPHER WRIGHT,

Defendant.

**ORDER**

22 Cr. 136 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

The sentencing currently scheduled for April 15, 2026, at 10:00 a.m. is adjourned

to **April 15, 2026, at 2:00 p.m.**

Dated: New York, New York
April 14, 2026

SO ORDERED.

Paul G. Gardephe
United States District Judge